■■■ Amerada Hess Corporation, as Successor Corporation by Merger with Hess Realty Corporation, Appellant, v State of New York, Respondent. [666 NYS2d 867] —Order unanimously affirmed without costs for reasons stated in decision at Court of Claims, Hanifin, J. (Appeal from Order of Court of Claims,

Hanifin, J.—Notice of Claim.) Present—Pine, J. P., Lawton, Hayes, Wisner and Fallon, JJ.